# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 18cr473 JM |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING JOINT** |
| | ) **MOTION TO CONTINUE** |
| REYMUNDO ESCALERA-SOLIS, | ) **MOTION/TRIAL SETTING** |
| | ) **HEARING** |
| Defendant. | ) |

Upon joint motion of the parties and for good cause shown, IT IS HEREBY ORDERED that the Motion/Trial Setting Hearing currently scheduled for April 6, 2018, is continued to *May 18, 2018 at 11:00 a.m.* Both parties agree that the time between March 16, 2018 and May 18, 2018 is excludable and is excluded under the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated: April 3, 2018

JEFFREY T. MILLER
United States District Judge